IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02301-ZLW-KMT

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Plaintiff,

v.

INTERNATIONAL COMFORT PRODUCTS, LLC, a Delaware limited liability company; VON WEISE, INC., a Delaware corporation formerly known as FASCO INDUSTRIES, INC.,

    Defendants.

---

### ORDER

---

The matter before the Court is Plaintiff's Motion For Remand. The Court has considered carefully the moving and responding papers and the applicable legal authority. It is

ORDERED that Plaintiff's Motion For Remand (Doc. No. 9) is denied.

DATED at Denver, Colorado this 14th day of January, 2009.

                                    BY THE COURT:

                                    _____
                                    ZITA L. WEINSHIENK, Senior Judge
                                    United States District Court