IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02301-ZLW-KMT

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Plaintiff,

vs.

INTERNATIONAL COMFORT PRODUCTS, LLC, a Delaware limited liability company;
VON WEISE USA, INC., a Delaware corporation
formerly known as FASCO INDUSTRIES, INC.,

    Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on a Stipulation of Dismissal With Prejudice. The Court, having considered the stipulation and being fully advised in the premises, hereby ORDERS that the Stipulation of Dismissal With Prejudice is APPROVED. All of the claims that were asserted against Defendants in the above-titled action are DISMISSED WITH PREJUDICE, each party to pay their own costs and attorneys' fees.

Done this 5 day of Aug 2009

BY THE COURT:

_____
DISTRICT COURT JUDGE